**Order filed, February 21, 2018.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-18-00004-CV

## MULTIOMEGA CORPORATION, Appellant

### V.

## PETROCOR, INC., Appellee

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case 2016-14747**

---

### ORDER

The reporter's record in this case was due February 19, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM